Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Purple Heart Patient Center, Inc.,

                      Plaintiff(s),

   v.

Military Order of the Purple Heart of the United States of America, Inc., et al.,

                      Defendant(s).

Case No: 3:13-cv-00902-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **David R. Cross**, an active member in good standing of the bar of **Eastern District of Wisconsin**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Defendants** in the above-entitled action. My local co-counsel in this case is **Jennifer S. Coleman**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Quarles & Brady LLP<br>411 East Wisconsin Avenue, Suite 2350<br>Milwaukee, WI 53202-4497 | Hopkins & Carley, a Law Corporation<br>70 South First Street<br>San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (414) 277-5669 | (408) 286-9800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| david.cross@quarles.com | jcoleman@hopkinscarley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1002866**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 21, 2013

                                            David R. Cross
                                            APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **David R. Cross** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 21, 2013.

                                          William Alsup
                                          United States District Judge

*PRO HAC VICE* APPLICATION & ORDER