1   John V. Picone III, Bar No. 187226
2   jpicone@hopkinscarley.com
    Jennifer S. Coleman, Bar No. 213210
3   jcoleman@hopkinscarley.com
    HOPKINS & CARLEY
4   A Law Corporation
    The Letitia Building
5   70 South First Street
    San Jose, CA  95113-2406
6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA  95109-1469
    Telephone:  (408) 286-9800
8   Facsimile:   (408) 998-4790

9   David R. Cross
    david.cross@quarles.com
10  Johanna M. Wilbert
    johanna.wilbert@quarles.com
11  QUARLES & BRADY LLP
    411 East Wisconsin Ave.
12  Suite 2350
    Milwaukee WI 53202-4426

13  Richard Kovelant
    Kovelant Law Offices LLC
14  1975 Valley Road
    Annapolis, MD 21401
15  rick@kovelantlaw.com

16  Attorneys for Defendants/Counter-Plaintiffs
    MILITARY ORDER OF THE PURPLE
17  HEART OF THE UNITED STATES OF
    AMERICA, INC.; and MILITARY ORDER OF
18  THE PURPLE HEART SERVICE
    FOUNDATION, INC.
19

20              **UNITED STATES DISTRICT COURT**

21             **NORTHERN DISTRICT OF CALIFORNIA**

22  PURPLE HEART PATIENT CENTER,          Case No.  3:13-cv-00902-WHA
    INC., a California corporation,
23
24              Plaintiff,

25

26  STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT AND TO EXTEND TIME TO
    ANSWER; CASE NO.  3:13-cv-00902-WHA
                                    -1-

27  626\1016352.3

v.

MILITARY ORDER OF THE PURPLE
HEART OF THE UNITED STATES OF
AMERICA, INC., a United States federally
charted corporation; and MILITARY
ORDER OF THE PURPLE HEART
SERVICE FOUNDATION, INC., a
Wisconsin corporation,

Defendants.

AND RELATED COUNTERCLAIMS.

**STIPULATION AND [PROPOSED]
ORDER TO AMEND COMPLAINT AND
TO EXTEND TIME TO ANSWER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Plaintiff/counter-defendant Purple Heart Patient Center, Inc. ("Plaintiff") and Defendants

and counter-plaintiffs Military Order of the Purple Heart of the United States of America, Inc. and

Military Order of the Purple Heart Service Foundation, Inc. (collectively, "Defendants"), by and

through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS Defendants agree pursuant to Fed. R. Civ. P. 15(a)(2) that Plaintiff may file

its proposed First Amended Complaint, a copy of which is attached hereto as Exhibit A;

WHEREAS Plaintiff agrees to withdraw its pending Motion For Order Granting Leave To

File Amended Complaint (the "Motion"; *see* Dkt. 36), filed on June 19, 2013; and

WHEREAS Plaintiff agrees that Defendants may have up to and including August 14,

2013 to file their answer or other response to Plaintiff's First Amended Complaint;

THEREFORE, the parties hereby agree and stipulate that, subject to the Court's entry of

an order approving this Stipulation, Plaintiff will withdraw its pending Motion, Plaintiff's First

Amended Complaint will be deemed filed and served upon Defendants as of the date of entry of

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT AND TO EXTEND TIME TO
ANSWER; CASE NO.  3:13-cv-00902-WHA
-2-

626\1016352.3

the Order on this Stipulation, and Defendants' responsive pleading to the First Amended

Complaint must be filed with the Court and served upon Plaintiff on or before August 14, 2013.

1

2

3    Dated:  July 2, 2013.                          QUARLES & BRADY LLP

4                                                   By:  /s/ Jennifer S. Coleman
5                                                        David R. Cross
                                                         Johanna M. Wilbert
6
                                                         John V. Picone III
7                                                        Jennifer S. Coleman
                                                         HOPKINS & CARLEY
8
                                                         Richard Kovelant
9                                                        KOVELANT LAW OFFICES LLC

10                                                       Attorneys for Defendants/Counter-
                                                         Plaintiffs
11                                                       MILITARY ORDER OF THE PURPLE
                                                         HEART OF THE UNITED STATES OF
12                                                       AMERICA, INC.; and MILITARY
                                                         ORDER OF THE PURPLE HEART
13                                                       SERVICE FOUNDATION, INC.

     Dated:  July 2, 2013                           DONAHUE GALLAGHER WOODS LLP
14

15                                                  By:  /s/ Eric A. Handler
                                                         Steven K. Lee
16                                                       Eric A. Handler
                                                         Daniel J. Schacht
17
                                                         Attorneys for Plaintiff/Counter-Defendant
18                                                       PURPLE HEART PATIENT CENTER,
                                                         INC.
19

20                           **FILER'S ATTESTATION**

21           Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

22    the filing of this document from all signatories for whom a signature is indicated by a

23    "conformed" signature (/s/) within this electronically filed document and I have on file records to

24    support this concurrence for subsequent production to the Court if so ordered or for inspection

25

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT AND TO EXTEND TIME TO
ANSWER; CASE NO.  3:13-cv-00902-WHA
                                        -3-

upon request.

Dated: July 2, 2013

HOPKINS & CARLEY
A Law Corporation


By:*/s/ Jennifer S. Coleman*
    Jennifer S. Coleman
    Attorneys for Defendants/Counter-
    Plaintiffs
    MILITARY ORDER OF THE PURPLE
    HEART OF THE UNITED STATES OF
    AMERICA, INC.; and MILITARY
    ORDER OF THE PURPLE HEART
    SERVICE FOUNDATION, INC.

### PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 3, 2013._____

_____
HONORABLE WILLIAM H. ALSUP

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT AND TO EXTEND TIME TO
ANSWER; CASE NO. 3:13-cv-00902-WHA

-4-