AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

PURPLE HEART PATIENT CENTER, INC.

                    Plaintiff (s),

V.

MILITARY ORDER OF THE PURPLE HEART OF THE UNITED STATES OF AMERICA, INC.

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-CV-00902-WHA

Notice is hereby given that, subject to approval by the court, **Purple Heart Patient Center, Inc.** substitutes
(Party (s) Name)

**Eugene M. Pak, Wendel, Rosen, Black & Dean LLP**, State Bar No. **168699** as counsel of record in
(Name of New Attorney)

place of **Steven K. Lee and Eric Handler of Donahue Gallagher Woods LLP.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     WENDEL, ROSEN, BLACK & DEAN LLP

    Address:     1111 Broadway, 24th Floor, Oakland, CA 94607

    Telephone:     (510) 836-6600     Facsimile (510) 834-1928

    E-Mail (Optional):     epak@wendel.com

I consent to the above substitution.

Date:     7·17·13

Purple Heart Patient Center, Inc.
By: Keith Stephenson, Executive Officer
(Signature of Party (s))

I consent to being substituted.

Date:

Steven K. Lee
Donahue Gallagher Woods LLP
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:     July 17, 2013

(Signature of New Attorney)
Eugene M. Pak
Wendel, Rosen, Black & Dean LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

PURPLE HEART PATIENT CENTER, INC.

                    Plaintiff (s),

               V.

MILITARY ORDER OF THE PURPLE HEART OF THE UNITED STATES OF AMERICA, INC.

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-CV-00902-WHA

Notice is hereby given that, subject to approval by the court, Purple Heart Patient Center, Inc. substitutes
(Party (s) Name)

Eugene M. Pak, Wendel, Rosen, Black & Dean LLP, State Bar No. 168699 as counsel of record in
(Name of New Attorney)

place of Steven K. Lee ~~and Eric Handler~~ of Donahue Gallagher Woods LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: WENDEL, ROSEN, BLACK & DEAN LLP

    Address: 1111 Broadway, 24th Floor, Oakland, CA 94607

    Telephone: (510) 836-6600    Facsimile (510) 834-1928

    E-Mail (Optional): epak@wendel.com

I consent to the above substitution.

Date:

I consent to being substituted.

Date: 7/17/13

I consent to the above substitution.

Date: July 17, 2013

Purple Heart Patient Center, Inc.
By: Keith Stephenson, Executive Officer
(Signature of Party (s))

Steven K. Lee
Donahue Gallagher Woods LLP
(Signature of Former Attorney (s))

(Signature of New Attorney)
Eugene M. Pak
Wendel, Rosen, Black & Dean LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: July 22, 2013.

William Alsup
United States District Judge