AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

PURPLE HEART PATIENT CENTER, INC.

                Plaintiff (s),

V.

MILITARY ORDER OF THE PURPLE HEART OF THE UNITED STATES OF AMERICA, INC.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-CV-00902-WHA

Notice is hereby given that, subject to approval by the court, Purple Heart Patient Center, Inc. substitutes (Party (s) Name)

Jennifer P. Tang, Wendel, Rosen, Black & Dean LLP, State Bar No. 280321 as counsel of record in
(Name of New Attorney)

place of Eric A. Handler of Donahue Gallagher Woods LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: WENDEL, ROSEN, BLACK & DEAN LLP
    Address: 1111 Broadway, 24th Floor, Oakland, CA 94607
    Telephone: (510) 836-6600    Facsimile (510) 834-1928
    E-Mail (Optional): jennifertang@wendel.com

I consent to the above substitution.

Date: July 26, 2013

*[signature]*
Purple Heart Patient Center, Inc.
By: Keith Stephenson, Executive Director
(Signature of Party (s))

I consent to being substituted.

Date: July 29, 2013

*[signature]*
Eric A. Handler
Donahue Gallagher Woods LLP
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 26, 2013

*[signature]*
(Signature of New Attorney)
Jennifer P. Tang
Wendel, Rosen, Black & Dean LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: August 2, 2013.

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com