IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE HEART PATIENT CENTER, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MILITARY ORDER OF THE PURPLE HEART OF THE UNITED STATES OF AMERICA, INC. and MILITARY ORDER OF THE PURPLE HEART SERVICE FOUNDATION, INC.,<br><br>    Defendants.<br>_____/ | No. C 13-00902 WHA<br><br>**ORDER SETTING STATUS CONFERENCE FOR APRIL 15** |

In this declaratory-judgment action for alleged trademark infringement, plaintiff Purple Heart Patient Center, Inc. has filed a stipulation to continue the trial date from July 28, 2014 to on or after November 17, 2014. Fact discovery closes on May 16 and expert discovery closes on June 20, pursuant to a stipulation and order, dated April 1 (Dkt. Nos. 31, 60).

The instant stipulation states that lead counsel for plaintiff has a private family situation which will cause him to be absent from work for a good portion of the time leading up to the July 28, 2014, trial date. A status conference is set for **10:00 A.M. ON TUESDAY APRIL 15, 2014**.

**IT IS SO ORDERED.**

Dated: April 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE