IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE HEART PATIENT CENTER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILITARY ORDER OF THE PURPLE HEART OF THE UNITED STATES OF AMERICA, INC., a United States federally chartered corporation, and MILITARY ORDER OF THE PURPLE HEART SERVICE FOUNDATION, INC., a Wisconsin corporation,<br><br>Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 13-00902 WHA<br><br>**ORDER GRANTING DEFENDANTS' NOTICE RE WITHDRAWAL OF ATTORNEY RICHARD KOVELAND** |

Defendants' have filed a notice regarding the withdrawal of Attorney Richard Koveland. "All other listed counsel of record for Defendants will remain the same" (Dkt. No. 66). Based on the parties' representation, Attorney Koveland's motion to withdraw is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE