IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE HEART PATIENT CENTER, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MILITARY ORDER OF THE PURPLE HEART OF THE UNITED STATES OF AMERICA, INC., a United States federally chartered corporation, and MILITARY ORDER OF THE PURPLE HEART SERVICE FOUNDATION, INC., a Wisconsin corporation,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／<br>AND RELATED COUNTERCLAIMS.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-00902 WHA<br><br>**ORDER RE SETTLEMENT** |

　　　In August 2014, this case "settled." Please remember that until a proper notice of dismissal fully resolving the case is filed, all filings and appearances must be made (Dkt. Nos. 63, 69). *See* Rule 41(a)(1)(A)(ii).

　　　**IT IS SO ORDERED.**

Dated:   September 25, 2014.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE